**UNITED   STATES   DISTRICT   COURT**
**SOUTHERN   DISTRICT   OF   OHIO**
**WESTERN   DIVISION**

First Financial Bank,

       Plaintiff,

       v.                           Case No. 1:21cv691

Fox Capital Group Inc.,              Judge Michael R. Barrett

       Defendant.

## ORDER

On the advice of the Magistrate Judge that this matter has settled;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided

that any of the parties may, upon good cause shown within thirty (30) days reopen the

action. The Court retains jurisdiction.

**IT IS SO ORDERED.**

                                 *s/Michael R. Barrett*
                                 Michael R. Barrett, Judge
                                 United States District Court